# SHERIFF'S OFFICE OF LYCOMING COUNTY

**R. Mark Lusk**
*Sheriff*



**Curtis Ulmer**
*Chief Deputy*

---

DONALD MARK HAYWOOD
vs.
THOMAS F GEARHART

| **Case Number** |
| 19-CV-6284 (NEW YORK) |

## SHERIFF'S RETURN OF SERVICE

04/22/2019   RECEIVED FEDERAL SUMMONS & COMPLAINT & $60.00 DEPOSIT

04/23/2019   ASSIGNED TO ZONE 3

04/25/2019   09:15 AM - SERGEANT MATTHEW KULA, BEING DULY SWORN ACCORDING TO LAW, DEPOSES AND SAYS, THE FEDERAL SUMMONS & COMPLAINT WAS SERVED UPON THOMAS F GEARHART OF 707 EAST NEW ROAD, LINDEN, PA 17744 BY HANDING A TRUE AND ATTESTED COPY TO THE DEFENDANT "PERSONALLY" AT THE LYCOMING COUNTY SHERIFF'S DEPARTMENT, 48 WEST THIRD STREET, WILLIAMSPORT, PA 17701, AND MADE KNOWN THE CONTENTS THEREOF.

*MATTHEW KULA, SERGEANT*

SHERIFF COST: $60.00

SO ANSWERS,

*R. MARK LUSK, SHERIFF*

April 25, 2019

### COSTS

| DATE | CATEGORY | MEMO | CHK # | DEBIT | CREDIT |
|---|---|---|---|---|---|
| 04/23/2019 | Advance Fee | Advance Fee | 29850 | $0.00 | $60.00 |
| 04/25/2019 | Service | OUT-OF-STATE FEE | | $60.00 | $0.00 |
| | | | | $60.00 | $60.00 |

**BALANCE:** $0.00

SWORN AND SUBSCRIBED BEFORE ME ON THIS 25 DAY OF APRIL, 2019.

*Suzanne M. Fedele*

SUZANNE M. FEDELE
Prothonotary & Clerk of Courts
Williamsport, Lycoming County
My Commission Expires Jan. 1, 2020

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-CV-6284

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Thomas F. Gearhart
was received by me on *(date)* 04-22-19 .

☑ I personally served the summons on the individual at *(place)* Lycoming County Sheriff's Office, 48 W. Third Street, Williamsport, PA 17701 on *(date)* 04-25-29 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Also served Complaint on 04-25-19

My fees are $ _____ for travel and $ 60.00 for services, for a total of $ 60.00 .

I declare under penalty of perjury that this information is true.

Date: 4/25/19

*Server's signature* — Matthew Kula

Matthew Kula, Deputy Sheriff for Lycoming Co., PA
*Printed name and title*

Lycoming County Sheriff's Office
48 W. Third Street
Williamsport, PA 17701
*Server's address*

Additional information regarding attempted service, etc: