UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DONALD MARK HAYWOOD,

       Plaintiff,

       vs.                                     19-CV-6284

THOMAS F. GEARHART,

       Defendant.
_____

## ENTRY OF DEFAULT

It appearing that defendant THOMAS F. GEARHART is in default for failure to plead or otherwise defend as required by law.

Default is hereby entered as against said defendant on August 30, 2019.

                                              MARY C. LOEWENGUTH
                                              Clerk of Court
                                              United States District Court

                 (By):   s/John H. Folwell
                           John H. Folwell
                           Deputy Clerk